UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Sherry Lynn Perez,                                                         Case No: 17-00796-swd
                    Debtor.                                                                 Chapter 13
_____/                                     Hon. Scott W. Dales

## USADEBT BANKRUPTCY ATTORNEYS' FIRST APPLICATION FOR COMPENSATION

Debtor's attorneys, USADebt Bankruptcy Attorneys f/d/b/a Andersen, Ellis & Shephard, Applicant, represents that it has acted as attorneys for the Debtor in the above captioned proceeding, and that in such capacity it has performed the services as enumerated and set forth in the attached statement and that the services rendered have actually been rendered in aid of administration of this case and that such services benefited the Debtor's estate and the Debtor, and was necessary in the administration thereof, further that this application for fees and expenses is the first application and that disbursements of such fees and expenses are reasonable and just.

The professional person(s), USADebt Bankruptcy Attorneys, petition the Bankruptcy Court for allowance of fees and expenses. The requested fees in this petition are $7,357.50 and expenses are $64.47, for a total of $7,421.97. Of the $7,421.97, $3,650.00 of fees was approved at confirmation of the plan on August 14, 2017. Current fees and expenses outstanding are $3,771.97 reflecting amounts previously paid by the trustee.

**The attorneys of record, Rebecca L. Johnson-Ellis is requesting to be approved at an hourly rate of $275.00, as provided in the Attorney Client Fee Agreement, which is $25.00 over the presumptive rate.** Ms. Johnson-Ellis is Board Certified in Consumer Bankruptcy Law by the American Board of Certification since September 17, 2009, has over 16 years of experience in filing consumer bankruptcies, and is a frequent speaker at bankruptcy seminars. These service fees and expenses were accrued over the time period of February 9, 2017 through June 18, 2020. The Statement of Attorney Fees and Expenses has been filed and may be viewed at the United States Bankruptcy Court for the Western District of Michigan on One Division Ave. Room 200 NW Grand Rapids, MI 49503 during regular business hours, (8:00 a.m. to 4:00 p.m.) Monday through Friday except for federal holidays.

The Debtor filed her Chapter 13 bankruptcy on February 27, 2017 and the case was confirmed on August 14, 2017. The current status of the case is that there is a no dismissal motion pending and the client is paying as scheduled.

**WHEREFORE,** Applicant prays for an entry of an Order authorizing the professional fees and expenses in the additional amount of $3,771.97 as a claim of priority 11 USC § 507 and 11 USC § 503(b) as administrative expenses to be paid by the Chapter 13 Trustee.

Date:   June 18, 2020                                   USADebt Bankruptcy Attorneys
                                                            by: /S/ *Rebecca L. Johnson-Ellis*
                                                            Rebecca L. Johnson-Ellis (P65574)
                                                            866 3 Mile Rd. NW Ste. B
                                                            Grand Rapids, MI 49544
                                                            Phone 616/784-1700