**USADebt Bankruptcy Attorneys**  866 3 Mile Rd. N.W., Suite 1 GRAND RAPIDS, MI 49544

(616) 784-1700

Invoice submitted to:
Sherry Perez
5818 Coulson Ct
Lansing, MI 48911

June 18, 2020

Invoice #15842

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/9/2017 | RLJE | phone conference with client | 0.20 275.00/hr | 55.00 |
| | RLJE | Client Development-letter with checklist/questionnaire | 0.20 275.00/hr | 55.00 |
| 2/15/2017 | CS | Phone call to client regarding information to get credit report to prepare papework | 0.10 125.00/hr | 12.50 |
| 2/16/2017 | CS | phone call with client to get social security number to pull credit report | 0.10 125.00/hr | 12.50 |
| | CS | Case preparation -Open file in best case, prepare voluntary petition and Exhibit, review file for credit counseling certificate and pacer for previous bankruptcy. | 0.10 125.00/hr | 12.50 |
| | CS | Case preparation - review file for attorney fee payment date and from whom. Prepare attorney compensation and statement of financial affair question 9. | 0.10 125.00/hr | 12.50 |
| | CS | Schedule F preparation- Obtain creditor report from Experian and creditors from credit report.  Compare and enter bills provided by client and complete schedule F. | 0.60 125.00/hr | 75.00 |
| | CS | Schedule Preparation - Review credit report and client bills for secured creditors and prepare schedule D, link to assets. | 0.20 125.00/hr | 25.00 |
| | CS | Schedule Preparation - review case notes for domestic support obligations and priority debt, prepare schedule E. | 0.10 125.00/hr | 12.50 |
| | CS | Schedule Preparation - Review credit report and client bills and prepare schedules G and H. | 0.10 125.00/hr | 12.50 |

Sherry Perez                                                                                                               Page    2

|            |      |                                                                                                                   | Hrs/Rate        | Amount     |
|------------|------|-------------------------------------------------------------------------------------------------------------------|-----------------|------------|
| 2/16/2017  | CS   | Case preparation - prepare application to pay Filing Fee in Installments and proposed order                       | 0.10 125.00/hr  | 12.50      |
| 2/20/2017  | CS   | Phone call with client to verify information in prepared short form documents.                                    | 0.30 125.00/hr  | 37.50      |
| 2/21/2017  | RLJE | File Review-review paperwork for short form filing for 2/24/2017                                                  | 0.40 275.00/hr  | 110.00     |
|            | RLJE | Client Development-compose motion to extend stay, research previous bankruptcy                                    | 0.30 275.00/hr  | 82.50      |
|            | RLJE | Client Development-compose proposed order                                                                         | 0.20 275.00/hr  | 55.00      |
|            | RLJE | Client Development-start preparation of Affidavit of client                                                       | 0.20 275.00/hr  | 55.00      |
|            | RLJE | Draft certificate of service for 2/27/2017 notice on matrix                                                       | 0.10 275.00/hr  | NO CHARGE  |
|            | RLJE | Phone conference with client- discuss case, plan payments                                                         | 0.50 275.00/hr  | 137.50     |
|            | RLJE | Draft the plan and calculate proposed plan payments.                                                              | 0.50 275.00/hr  | 137.50     |
| 2/23/2017  | CS   | Phone call to client re: additional information and documents to prepare case filing.                             | 0.10 125.00/hr  | 12.50      |
|            | RLJE | Finale review and preparation of documents for singing appointment.                                               | 0.20 275.00/hr  | 55.00      |
| 2/24/2017  | RLJE | Meeting with client. Have client review and sign documents for short form filing and motion to extend stay. Answer questions. | 0.80 275.00/hr | 220.00 |
| 2/27/2017  | CS   | Client Development-prep for filing, review all for accuracy, file case                                            | 0.30 125.00/hr  | 37.50      |
|            | CS   | Phone client regarding filing of case and provide case number                                                     | 0.10 125.00/hr  | 12.50      |
| 2/28/2017  | RLJE | Draft finish drafting motion to extend stay.                                                                      | 0.20 275.00/hr  | 55.00      |
|            | RLJE | Draft proposed order re: motion to extend stay.                                                                   | 0.10 275.00/hr  | 27.50      |
|            | RLJE | Draft notice and opportunity to objection to notice to extend stay                                                | 0.10 275.00/hr  | 27.50      |

Sherry Perez												Page     3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/3/2017 | DWA | Review Notice of 341 meeting and confirmation hearing Updated the office court calendar re: 341 meeting date 3-24-17, confirmation hearing date 4-20-17, claims bar date 6-22-17 | 0.10 125.00/hr | NO CHARGE |
| 3/6/2017 | LW | Reviewed clients file, gathered documents and composed 341 meeting documents to client in preparation of meeting. | 0.20 125.00/hr | 25.00 |
|  | DWA | Review Request for notices filed by Valerie Smith for PRA Receivables Management / Synchrony Bank / JCP Credit Card | 0.10 125.00/hr | NO CHARGE |
| 3/7/2017 | CS | Case preparation -Review documents - bank statements, insurance information, taxes, retirement accounts, titles and information on client questionnaire and compose schedule B. | 0.20 125.00/hr | 25.00 |
|  | CS | Case preparation -Review 6 months of pay stubs and compose current monthly income calculation. | 0.10 125.00/hr | 12.50 |
|  | CS | Review client information from questionnaire (0.1), income taxes for the past two years (0.1) most recent pay stub and lawsuit information (0.1). Prepare statement of financial affairs with client information. | 0.30 125.00/hr | 37.50 |
|  | CS | Case preparation-Review pay stubs and year to date average income and deductions and put in pertinent deductions in Schedule I -insurance and income tax withholdings. | 0.10 125.00/hr | 12.50 |
|  | CS | Case preparation-Review questionnaire and prepare schedule J. | 0.10 125.00/hr | 12.50 |
|  | CS | Phone call to client re: regarding information and documents still needed for completion bankruptcy forms. | 0.10 125.00/hr | 12.50 |
| 3/8/2017 | CS | Meeting with client, go over and finish entries of all paperwork with client and review and compose statement of financial affairs. Conduct Westlaw asset search and review with client. | 1.70 125.00/hr | 212.50 |
| 3/9/2017 | DWA | Review Notice of appearance filed by Trott Law for Nationstar Mortgage | 0.10 125.00/hr | NO CHARGE |
| 3/10/2017 | RLJE | Meeting with client. Have client review and sign documents for completion filing. Answer questions. | 0.80 275.00/hr | 220.00 |
|  | CS | Phone call to client re: regarding information for disclosure in statement of financial affairs. | 0.10 125.00/hr | 12.50 |
|  | RLJE | Finale review and preparation of documents for singing appointment. | 0.20 275.00/hr | 55.00 |

Sherry Perez                                                                                                          Page    4

|            |      |                                                                                                               | Hrs/Rate        | Amount    |
|------------|------|---------------------------------------------------------------------------------------------------------------|-----------------|-----------|
| 3/14/2017  | A2   | ID: LJS<br>Client Development. Prepared and sent all required documents to Trustee and 60 day document production. | 0.60<br>125.00/hr | 75.00     |
|            | A2   | ID: LJS<br>Drafted correspondence to client regarding additional documents still needed for 341 meeting.      | 0.10<br>125.00/hr | 12.50     |
|            | A2   | ID: LJS<br>Review document and approve for electronic filing with the court. Re: Debtor(s) 60 day document production. | 0.20<br>125.00/hr | 25.00     |
| 3/23/2017  | RLJE | Prepared for meeting of creditors.  Reviewed petition, plan, schedules, statement of financial affairs, and various documents. | 0.30<br>275.00/hr | 82.50     |
| 3/24/2017  | RLJE | Appearance and travel time for 341 meeting.                                                                   | 1.00<br>275.00/hr | 275.00    |
| 3/27/2017  | CS   | Review document and approve for electronic filing with the court. Re: Debtor(s) Debtor Education Certificate  | 0.10<br>125.00/hr | 12.50     |
| 3/28/2017  | DWA  | Review Trustee's report of first meeting held                                                                 | 0.10<br>125.00/hr | NO CHARGE |
| 3/29/2017  | RLJE | File Review : review motion to extend stay and court docket for any objections filed.                         | 0.10<br>275.00/hr | 27.50     |
|            | RLJE | Draft affidavit of no objection and approve for filing with the court with proposed order.                    | 0.20<br>275.00/hr | 55.00     |
| 4/3/2017   | CS   | Correspondence to client re: hearing                                                                          | 0.10<br>125.00/hr | 12.50     |
| 4/4/2017   | DWA  | Review Order on motion to cotinue the automatic stay                                                          | 0.10<br>125.00/hr | NO CHARGE |
| 4/5/2017   | DWA  | Review Objection to confirmation filed by Trott Law for Nationstar Mortgage                                   | 0.10<br>125.00/hr | 12.50     |
|            | RLJE | Review objection to confirmation of the plan filed by Mortgage Company Nationstar.                            | 0.30<br>275.00/hr | 82.50     |
|            | RLJE | Draft certificate of service of Order for Extension of Automatic Stay                                         | 0.20<br>275.00/hr | NO CHARGE |
|            | RLJE | Review order regarding continuation of the automatic stay.                                                    | 0.10<br>275.00/hr | 27.50     |

Sherry Perez                                                                                                             Page    5

|            |      |                                                                                                                                                                                       | Hrs/Rate           | Amount    |
|------------|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------|-----------|
| 4/11/2017  | RLJE | Review Case for Court hearing regarding Confirmation of the plan. Review objection to confirmation, case notes and correspondence from the trustee's office.                          | 0.30<br>275.00/hr  | 82.50     |
|            | RLJE | Compose correspondence to Bob Shefferly regarding assumption of mortgage.                                                                                                             | 0.20<br>275.00/hr  | 55.00     |
|            | RLJE | Reviewed correspondence from attorney regarding proposed resolution to objection to confirmation.                                                                                     | 0.10<br>275.00/hr  | 27.50     |
|            | RLJE | Compose correspondence to attorney Shefferly regarding proposed resolution to objection to confirmation and possible adjournment to confirmation to allow time to resolve.            | 0.10<br>275.00/hr  | 27.50     |
|            | RLJE | Research property of the estate and application of the automatic stay on property of the estate.                                                                                      | 0.30<br>275.00/hr  | 82.50     |
|            | MEV  | Draft affidavit for Client regarding the tax returns.                                                                                                                                 | 0.20<br>125.00/hr  | 25.00     |
|            | MEV  | Drafted correspondence to Client regarding the affidavit and tax returns.                                                                                                             | 0.20<br>125.00/hr  | 25.00     |
|            | RLJE | Drafted correspondence to trustee's office regarding confirmation hearing and proposed adjournment.                                                                                   | 0.20<br>275.00/hr  | 55.00     |
| 4/12/2017  | RLJE | Review correspondence to client regarding affidavit that she is not required to file tax returns due to low income.                                                                   | 0.20<br>275.00/hr  | 55.00     |
| 4/13/2017  | DWA  | Review Proof of claim filed by Case Credit Union<br>Unsecured for $1,687.94<br>Account 0170 for money loaned                                                                           | 0.10<br>125.00/hr  | 12.50     |
| 4/24/2017  | DWA  | Review Notice of adjourned hearing for confirmation<br>Updated the office court calendar re:  hearing date 5-18-17                                                                     | 0.10<br>125.00/hr  | NO CHARGE |
| 4/27/2017  | A2   | ID:AV<br>File Review regarding income taxes<br>Review chapter 13 plan and subsequent amendments                                                                                       | 0.10<br>125.00/hr  | 12.50     |
|            | A2   | ID:AV<br>Drafted correspondence to client<br>Letter regarding 2016 income tax returns and refunds                                                                                     | 0.20<br>125.00/hr  | 25.00     |
| 5/1/2017   | CS   | Correspondence to client re: hearing                                                                                                                                                  | 0.10<br>125.00/hr  | 12.50     |
| 5/5/2017   | MEV  | Drafted correspondence to Trott Law regarding the possible reaffirmation option for property quit claimed to client.                                                                  | 0.20<br>125.00/hr  | 25.00     |

Sherry Perez                                                                                                          Page     6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/8/2017 | DWA | Review Proof of claim filed by Nationstar Mortgage<br>Secured for $60,474.37.  Arrears of $7,566.62.  Monthly payment of $596.05.<br>Account 9504 for money loaned - mortgage paid through the plan. | 0.10<br>125.00/hr | 12.50 |
| 5/10/2017 | MEV | Reviewed the correspondence by Robert Shefferly regarding the status of the assumption. | 0.10<br>125.00/hr | NO CHARGE |
|  | MEV | Reviewed correspondence from Robert Shefferly regarding the assumption of loan documents. | 0.20<br>125.00/hr | 25.00 |
| 5/16/2017 | MEV | Drafted correspondence to Robert Shefferly requesting an adjournment to explore options to resolve the mortgage objection. | 0.20<br>125.00/hr | 25.00 |
|  | MEV | Called the Client on the assumption of the mortgage. | 0.10<br>125.00/hr | 12.50 |
|  | MEV | Reviewed correspondence from Robert Shefferly agreeing to the adjournment. | 0.10<br>125.00/hr | NO CHARGE |
| 5/17/2017 | MEV | Client called regarding the assumption of mortgage. | 0.10<br>125.00/hr | 12.50 |
|  | MEV | Drafted correspondence to Client regarding the assumption of the mortgage. | 0.20<br>125.00/hr | 25.00 |
|  | MEV | Called the Client to set up an appointment for the filling out and signing of the assumption of the mortgage. | 0.20<br>125.00/hr | 25.00 |
| 5/23/2017 | RLJE | Telephone Conference regarding the case.<br>Discussed the case with client regard Smith and Associates who represented client previously | 0.10<br>275.00/hr | 27.50 |
|  | RLJE | Telephone Conference regarding the case.<br>Discussed the case with client regarding sister's will. | 0.10<br>275.00/hr | 27.50 |
|  | RLJE | Research Garn- St. Germain Act and assumption of mortgages on real property inherited by family members. | 1.30<br>275.00/hr | 357.50 |
|  | RLJE | Compose correspondence to attorney for mortgage lender regarding Garn- St. Germain Act and assumption of mortgages on real property inherited by family members and objection to confirmation. | 0.30<br>275.00/hr | 82.50 |
|  | RLJE | Research provision of Dodds-Frank Act. | 0.20<br>275.00/hr | 55.00 |
|  | DWA | Review Notice of adjourned hearing for confirmation<br>Updated the office court calendar re:  hearing date 6-08-17 | 0.10<br>125.00/hr | NO CHARGE |

Sherry Perez                                                                                                            Page     7

|              |      |                                                                                                                                      | Hrs/Rate        | Amount    |
|--------------|------|--------------------------------------------------------------------------------------------------------------------------------------|-----------------|-----------|
| 5/25/2017    | DWA  | Reviewed correspondence from Nationstar Mortgage<br>Forward to client                                                                | 0.10<br>125.00/hr | 12.50     |
| 6/5/2017     | MEV  | Drafted correspondence to Robert Shefferly regarding the objection to the plan and status of possible resolution.                    | 0.20<br>125.00/hr | 25.00     |
| 6/6/2017     | MEV  | Drafted correspondence to Trustee regarding outstanding issues to be resolved for confirmation and proposed adjournment.             | 0.20<br>125.00/hr | NO CHARGE |
|              | RLJE | Reviewed correspondence to trustee and creditor attorney regarding outstanding issues for confirmation and request to adjourn matter.| 0.10<br>275.00/hr | 27.50     |
| 6/14/2017    | DWA  | Review Notice of adjourned hearing for confirmation<br>Updated the office court calendar re:  hearing date 7-06-17                   | 0.10<br>125.00/hr | NO CHARGE |
| 6/20/2017    | CS   | Correspondence to client re: hearing                                                                                                 | 0.10<br>125.00/hr | 12.50     |
| 6/22/2017    | MEV  | Called Robert Shefferly regarding the confirmation hearing set for July 6, 2017.                                                     | 0.10<br>125.00/hr | NO CHARGE |
|              | MEV  | Robert Shefferly called back to discuss the objection to the plan.                                                                   | 0.20<br>125.00/hr | 25.00     |
|              | MEV  | Called the Client regarding the confirmation hearing.                                                                                | 0.20<br>125.00/hr | 25.00     |
| 6/29/2017    | RLJE | Reviewed correspondence from trustee's office regarding confirmation to the plan.                                                    | 0.10<br>275.00/hr | 27.50     |
| 6/30/2017    | RLJE | Draft first pre-confirmation modification to the plan.                                                                               | 0.20<br>275.00/hr | 55.00     |
|              | RLJE | Compose correspondence to trustee's office regarding amendment to the plan and adjournment to confirmation to allow amendment to be filed. | 0.20<br>275.00/hr | 55.00     |
|              | RLJE | Compose letter to client regarding confirmation hearing, withdrawal of objection by Nationstar, amendment to the plan and mortgage arrears. | 0.30<br>275.00/hr | 82.50     |
|              | RLJE | Review the plan and schedules, compare with proof of claim filed by Nationstar.                                                      | 0.20<br>275.00/hr | 55.00     |
| 7/3/2017     | RLJE | Review the case  and issues for confirmation.                                                                                        | 0.20<br>275.00/hr | 55.00     |
|              | RLJE | Review correspondence from morrgage co. attorney regarding request for adjournment and increase in payments.                         | 0.10<br>275.00/hr | 27.50     |

Sherry Perez                                                                                                    Page     8

|            |      |                                                                                                                             | Hrs/Rate         | Amount    |
|------------|------|-----------------------------------------------------------------------------------------------------------------------------|------------------|-----------|
| 7/3/2017   | MEV  | Called the Client regarding the status of the modification.                                                                 | 0.10 125.00/hr   | 12.50     |
| 7/5/2017   | MEV  | Reviewed correspondence from Trustee regarding offer for a stipulation to adjourn the August 10, 2017.                      | 0.10 125.00/hr   | 12.50     |
|            | MEV  | Drafted correspondence to Trustee regarding outstanding issues for confirmation and proposed adjournment.                   | 0.10 125.00/hr   | 12.50     |
|            | MEV  | Client called regarding the modification to resolve the objection to the plan.                                              | 0.30 125.00/hr   | 37.50     |
|            | MEV  | Reviewed correspondence from Trustee regarding the proposed stipulation to adjourn the confirmation hearing to August 10, 2017. | 0.20 125.00/hr   | 25.00     |
|            | MEV  | Drafted correspondence to Trustee regarding the signed stipulation to adjourn the confirmation hearing.                     | 0.10 125.00/hr   | 12.50     |
|            | MEV  | Drafted correspondence to Client regarding the stipulation to adjourn the confirmation hearing to August 10, 2017.          | 0.20 125.00/hr   | 25.00     |
| 7/6/2017   | RLJE | Telephone Conference regarding the case.<br>Discussed the case with client                                                  | 0.30 275.00/hr   | 82.50     |
| 7/7/2017   | DWA  | Review Stipulation regarding adjournment of confirmation hearing                                                            | 0.10 125.00/hr   | NO CHARGE |
| 7/10/2017  | RLJE | Review document and approve for electronic filing with the court. Re: Debtor's First Pre-Confirmation Modification of Chapter 13 Plan. | 0.10 275.00/hr   | 27.50     |
| 7/11/2017  | DWA  | Review Notice of adjourned hearing for confirmation<br>Updated the office court calendar re:  hearing date 8-10-17          | 0.10 125.00/hr   | NO CHARGE |
| 7/24/2017  | RLJE | Drafted correspondence to Client regarding the adjourned confirmation hearing set for August 10, 2017.                      | 0.20 275.00/hr   | 55.00     |
|            | DWA  | Review Withdrawal of objection to confirmationfiled by Trott Law for Nationstar Mortgage                                    | 0.10 125.00/hr   | NO CHARGE |
| 7/25/2017  | CS   | Correspondence to client re: hearing                                                                                        | 0.10 125.00/hr   | 12.50     |
| 7/26/2017  | MEV  | Client called regarding the plan payment.                                                                                   | 0.20 125.00/hr   | 25.00     |
| 9/1/2017   | DWA  | Review Trustee's notice of intent to pay claims, compare with the plan and schedules.                                       | 0.20 125.00/hr   | 25.00     |
| 9/5/2017   | DWA  | Phone call with client<br>Discuss trustee's notice of intent to pay claims                                                  | 0.10 125.00/hr   | 12.50     |

Sherry Perez                                                                                                           Page     9

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/12/2017 | DWA | Review Notice of post petition mortgage fees, charges and expenses filed by Nationstar Mortgage<br>Proof of claim $750.00<br>Plan review $200.00<br>Objection to confirmation $500.00 | 0.10<br>125.00/hr | 12.50 |
| 9/14/2017 | RLJE | Telephone Conference regarding the case.<br>Discussed the case with client regarding notice from mortgage company for post petition fees and expenses. | 0.10<br>275.00/hr | 27.50 |
|  | DWA | Reviewed correspondence from Mr. Cooper (Nationstar Mortgage)<br>Forward to client | 0.10<br>125.00/hr | 12.50 |
| 1/30/2018 | MEV | Called the Client regarding the mortgage foreclosure notice | 0.10<br>125.00/hr | 12.50 |
|  | MEV | Called the Robert Shefferly, attorney for Nationstar mortgage, regarding a possible notice of foreclosure. | 0.20<br>125.00/hr | 25.00 |
|  | MEV | Client called regarding she was contacted by SLS on a loan in which they have not received a payment and will foreclose. | 0.20<br>125.00/hr | 25.00 |
| 2/6/2018 | MEV | Called Trott Law regarding Nationstar mortgage payment issues. | 0.20<br>125.00/hr | 25.00 |
|  | MEV | Called the Client back on the Nationstar and SLS issue. | 0.20<br>125.00/hr | 25.00 |
| 2/23/2018 | MEV | Called Trott Law regarding the mortgage issue. | 0.20<br>125.00/hr | 25.00 |
|  | MEV | Called the Client back on the foreclosure of the home. | 0.10<br>125.00/hr | 12.50 |
| 2/26/2018 | RLJE | Draft correspondence to SLS regarding notifying them our client filed for bankruptcy and the residence was listed in the plan | 0.20<br>275.00/hr | 55.00 |
| 2/27/2018 | DWA | Review Transfer of claim from Nationstar Mortgage to Specialized Loan Servicing<br>Claim #2 for $60,474.37<br>Account 9504 / 9738 | 0.10<br>125.00/hr | 12.50 |
| 3/2/2018 | DWA | Review Notice of mortgage payment change filed by Specialized Loan Servicing<br>Payment will be $797.52 per month effective 4-01-18<br>Mortgage is paid through the plan | 0.10<br>125.00/hr | 12.50 |
| 3/9/2018 | MEV | Reviewed correspondence from Trustee regarding the plan feasibility. | 0.10<br>125.00/hr | NO CHARGE |

Sherry Perez                                                                                                                                    Page    10

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/9/2018 | RLJE | Draft correspondence to Client regarding the feasibility of the case. | 0.20<br>275.00/hr | 55.00 |
|  | RLJE | Reviewed correspondence from trustee's office regarding feasibility of the case. | 0.10<br>275.00/hr | 27.50 |
|  | RLJE | Reviewed claim of Case Credit Union. | 0.10<br>275.00/hr | 27.50 |
|  | RLJE | Review the plan and the first pre-confirmation amendment to the plan for treatment of creditor Case Credit Union. | 0.10<br>275.00/hr | 27.50 |
|  | RLJE | Review trustee's treatment of creditor Case Credit Union - the claim is not being paid according to the confirmed plan. | 0.10<br>275.00/hr | 27.50 |
|  | MEV | Called the Client regarding the treatment of the claim for Case Credit Union. | 0.20<br>125.00/hr | 25.00 |
|  | MEV | Draft correspondence to Trustee regarding the treatment of proof of claim 1 for Case Credit Union. | 0.20<br>125.00/hr | 25.00 |
| 3/13/2018 | DWA | Reviewed correspondence from Specialized Loan Servicing - loss mitigation package<br>Forward to client | 0.10<br>125.00/hr | 12.50 |
| 8/27/2018 | DWA | Review Trustee's motion to dismiss<br>Increase in mortgage payment mkes the plan exceed 60 months | 0.10<br>125.00/hr | 12.50 |
|  | DWA | File Review regarding mortgage issues<br>Review notice of mortgage payment change<br>Review proof of claim | 0.10<br>125.00/hr | 12.50 |
|  | DWA | Call Trott Law regarding mortgage payment<br>Request breakdown regarding increase in escrow payment | 0.10<br>125.00/hr | 12.50 |
|  | DWA | Reviewed correspondence from client regarding income | 0.10<br>125.00/hr | 12.50 |
| 8/28/2018 | DWA | Call client regarding status of request for information on mortgage | 0.10<br>125.00/hr | 12.50 |
| 9/6/2018 | DWA | Phone call with client regarding mortgage concerns | 0.10<br>125.00/hr | 12.50 |
| 9/7/2018 | DWA | Draft correspondence to Trott Law regarding request for information on escrow for mortgage and mortgage payment history | 0.20<br>125.00/hr | 25.00 |
| 9/10/2018 | DWA | Reviewed correspondence from Trott Law regarding status of information on mortgage escrow and pay history | 0.10<br>125.00/hr | 12.50 |

Sherry Perez                                                                                                           Page    11

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/11/2018 | DWA | Reviewed correspondence from Trott Law regarding documents for mortgage escrow | 0.10<br>125.00/hr | 12.50 |
|  | DWA | File Review regarding mortgage escrow issues<br>Review schedule J<br>Review proof of claim of Nationstar Mortgage<br>Review notice of mortgage payment change filed in April 2018<br>Compare with the escrow analysis from Trott Law | 0.20<br>125.00/hr | 25.00 |
| 9/12/2018 | DWA | Call client regarding escrow analysis<br>Discuss concerns regarding mortgage and plan payment | 0.20<br>125.00/hr | 25.00 |
|  | DWA | Draft correspondence to the trustee's office regarding mortgage escrow<br>Discuss escrow shortage and option of paying it<br>Provide notice of escrow shortage from Specialized Loan Servicing | 0.20<br>125.00/hr | 25.00 |
|  | DWA | Reviewed correspondence from the trustee's office regarding mortgage issues | 0.10<br>125.00/hr | 12.50 |
|  | RLJE | Draft correspondence to client regarding mortgage escrow shortage | 0.20<br>275.00/hr | 55.00 |
|  | RLJE | Review documents from the mortgage company regarding escrow shortage and explanation of increased payment. | 0.10<br>275.00/hr | 27.50 |
| 9/13/2018 | DWA | Draft correspondence to Trott Law regarding mortgage concerns and possible solution | 0.20<br>125.00/hr | 25.00 |
| 9/20/2018 | DWA | Draft response to motion to dismiss | 0.10<br>125.00/hr | 12.50 |
|  | RLJE | Review document and approve for electronic filing with the court. Re: Debtor(s) response to trustee's motion to dismiss. | 0.10<br>275.00/hr | 27.50 |
| 9/21/2018 | DWA | Call from client regarding mortgage concerns | 0.10<br>125.00/hr | 12.50 |
| 10/3/2018 | DWA | Draft correspondence to Nadien at Trott Law regarding mortgage concerns<br>Request status update | 0.20<br>125.00/hr | 25.00 |
|  | DWA | Draft correspondence to Evan Moscov at Weinstein & Riley regarding mortgage concerns and request if he can help us resolve them | 0.30<br>125.00/hr | 37.50 |
| 10/4/2018 | DWA | Call client regarding motion to dismiss and mortgage concerns and proposed adjournment of trustee's motion to dismiss. | 0.10<br>125.00/hr | 12.50 |
|  | MEV | Draft correspondence to Client regarding the reminder of the Motion to Dismiss hearing set for October 18, 2018. | 0.20<br>125.00/hr | 25.00 |

Sherry Perez                                                                                                               Page    12

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/9/2018 | DWA | Reviewed correspondence from Evan Moscov regarding mortgage concerns | 0.10 125.00/hr | 12.50 |
|  | DWA | Draft correspondence to Evan Moscov regarding clarification on the monthly mortgage payment | 0.20 125.00/hr | 25.00 |
| 10/12/2018 | DWA | Reviewed correspondence from Evan Moscov regarding mortgage payment and supplemental claim to be filed. | 0.10 125.00/hr | 12.50 |
|  | DWA | Draft correspondence to Evan Moscov regarding mortgage Okay with supplemental claim and lower mortgage payment | 0.20 125.00/hr | 25.00 |
| 10/16/2018 | DWA | Phone call with client regarding mortgage concerns Discuss transfer of claim and subsequent withdrawal Discuss status of ongoing monthly mortgage payment work with attorney for mortgage company Hearing for motion to dismiss is adjourned to December 2018 | 0.20 125.00/hr | 25.00 |
| 10/31/2018 | DWA | Draft correspondence to Evan Moscov regarding status of mortgage payment | 0.20 125.00/hr | 25.00 |
| 11/20/2018 | DWA | Draft objection to increased mortgage payment Not finished | 0.50 125.00/hr | 62.50 |
|  | DWA | File Review regarding mortgage payment Review notice of mortgage payment change Review original proof of claim Review the plan Review the trustee's website Review escrow letter dated 2-12-2018 | 0.30 125.00/hr | 37.50 |
| 11/21/2018 | RLJE | Review proposed objection to mortgage company's notice of increase payment. | 0.30 275.00/hr | 82.50 |
|  | DWA | Draft notice of objection and opportunity to respond | 0.10 125.00/hr | 12.50 |
|  | DWA | Draft proposed order for objection | 0.10 125.00/hr | 12.50 |
|  | DWA | Preparation of objection to notice of mortgage payment change to serve with notice on four addresses | 0.10 125.00/hr | NO CHARGE |
| 11/28/2018 | DWA | Call client regarding motion to dismiss and objection to increase in mortgage payment and proposed adjournment of trustee's motion to dismiss. | 0.10 125.00/hr | 12.50 |
| 12/3/2018 | RLJE | Review Case for Court hearing regarding trustee's Motion to Dismiss. Review Motion, Debtors response, payment history, objection to increase in mortgage payment and correspondence from the | 0.30 275.00/hr | 82.50 |

Sherry Perez                                                                                                                    Page    13

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | trustee's office. |  |  |
| 12/5/2018 | MEV | Called the Client to inform her the Motion to Dismiss has been adjourned January 31, 2019. | 0.10 125.00/hr | 12.50 |
|  | MEV | Draft correspondence to Debtor regarding the Motion to Dismiss plus a copy of the objection to claim. | 0.20 125.00/hr | 25.00 |
| 12/6/2018 | DWA | Review Notice of withdrawal of notice of mortgage payment change filed with the court on March 1, 2018<br>This was the notice we objected to<br>Need to review with the trustee's office | 0.10 125.00/hr | NO CHARGE |
|  | DWA | Call from Specialized Loan Servicing regarding objection to mortgage payment<br>They have withdrawn the notice of mortgage payment change<br>We will probably withdraw our objection | 0.10 125.00/hr | 12.50 |
| 12/11/2018 | DWA | Review Notice of mortgage payment change filed by Specialized Loan Servicing<br>Payment will be $654.75 per month effective 1-01-2019<br>Need to contact the trustee's office to verify the status of the case | 0.10 125.00/hr | 12.50 |
|  | DWA | Draft correspondence to the trustee's office regarding mortgage payment and status of the case | 0.20 125.00/hr | 25.00 |
| 12/12/2018 | DWA | Reviewed correspondence from the trustee's office regading status of the case | 0.10 125.00/hr | 12.50 |
| 12/19/2018 | DWA | File Review regarding status of the case<br>Review the trustee's website<br>Review mortgage payment concerns | 0.20 125.00/hr | 25.00 |
|  | DWA | Call client regarding mortgage and plan issues<br>Discuss her concerns about the mortgage and plan payment | 0.20 125.00/hr | 25.00 |
|  | DWA | Draft motion to modify the plan increasing the payment to $975.00 per month | 0.10 125.00/hr | 12.50 |
|  | RLJE | Draft correspondence to client regarding first motion to modify the plan | 0.20 275.00/hr | 55.00 |
|  | DWA | Draft withdrawal of objection to notice of mortgage payment increase | 0.10 125.00/hr | 12.50 |
| 1/14/2019 | RLJE | Review proposed amendment to the plan to increase payments to keep payments within 60 months. | 0.10 275.00/hr | 27.50 |
|  | DWA | Draft proposed order for first motion to modify the plan | 0.10 125.00/hr | 12.50 |

Sherry Perez                                                                                                          Page    14

|            |      |                                                                                                                                                                              | Hrs/Rate         | Amount    |
|------------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|-----------|
| 1/14/2019  | DWA  | Draft correspondence to the trustee's office regarding 1st motion to modify the plan                                                                                         | 0.20 125.00/hr   | 25.00     |
| 1/15/2019  | CS   | File Review-re: income tax. Review plan and subsequent amendments.                                                                                                           | 0.10 125.00/hr   | 12.50     |
|            | CS   | Draft correspondence to client re: turning over copies of income tax returns and refunds to Trustee.                                                                         | 0.20 125.00/hr   | 25.00     |
| 1/22/2019  | DWA  | Reviewed correspondence from the trustee's office regarding approved first motion to modify the plan increasing the plan payment to $975.00 per month                        | 0.10 125.00/hr   | 12.50     |
| 1/24/2019  | DWA  | Review Order modifying the plan<br>The plan payment is increased to $975.00 per month effective 1-01-2019<br>Mail to client                                                  | 0.10 125.00/hr   | NO CHARGE |
|            | RLJE | Draft correspondence to Debtor on the Motion to Dismiss hearing on January 31, 2019.                                                                                          | 0.20 275.00/hr   | 55.00     |
| 3/22/2019  | DWA  | Return call from client regarding Trustee's intent to pay post petition mortgage fees and tax returns.                                                                        | 0.10 125.00/hr   | 12.50     |
| 4/10/2019  | DWA  | Draft correspondence to the trustee's office regarding requested 2018 income tax returns                                                                                     | 0.20 125.00/hr   | 25.00     |
| 7/18/2019  | DWA  | Phone call with client<br>Discuss financial concerns                                                                                                                         | 0.20 125.00/hr   | 25.00     |
| 9/13/2019  | DWA  | Return call from client regarding home insurance                                                                                                                              | 0.10 125.00/hr   | 12.50     |
| 11/19/2019 | DWA  | Review Notice of mortgage payment change filed by Specialized Loan Servicing<br>Payment will be $754.15 per month effective 1-01-2020<br>Previous payment was $654.75 per month<br>Mortgage is paid through the plan | 0.10 125.00/hr   | 12.50     |
| 11/26/2019 | DWA  | Phone call with client regarding mortgage payment                                                                                                                             | 0.20 125.00/hr   | 25.00     |
|            | RLJE | Draft correspondence to client regarding mortgage and applying with Step Forward Michigan for help                                                                             | 0.20 275.00/hr   | 55.00     |
| 1/10/2020  | DWA  | File Review regarding feasibility                                                                                                                                             | 0.10 125.00/hr   | 12.50     |
| 1/20/2020  | DWA  | Phone call with client regarding trustee's annual report and monthly plan payment                                                                                             | 0.20 125.00/hr   | 25.00     |

Sherry Perez                                                                                                       Page    15

|            |      |                                                                                              | Hrs/Rate        | Amount |
|------------|------|----------------------------------------------------------------------------------------------|-----------------|--------|
| 1/23/2020  | RLJE | Review the case and last payment change by mortgage company.                                 | 0.20 275.00/hr  | 55.00  |
| 2/3/2020   | DWA  | Phone call with client She needs a current mortgage statement indicating the mortgage arrears for her application to Step Forward Michigan | 0.10 125.00/hr | 12.50 |
|            | DWA  | Draft correspondence to Evan Moscov requesting a statement from Specialized Loan Servicing   | 0.20 125.00/hr  | 25.00  |
| 2/5/2020   | DWA  | Draft motion to apply for funds from Step Forward Michigan                                   | 0.10 125.00/hr  | 12.50  |
|            | DWA  | Draft proposed order for motion to apply for funds from Step Forward Michigan                | 0.10 125.00/hr  | 12.50  |
|            | DWA  | Draft notice of motion to apply for funds from Step Forward Michigan                         | 0.10 125.00/hr  | 12.50  |
| 2/17/2020  | DWA  | Return call from client regarding statement from Specialized Loan Servicing                  | 0.10 125.00/hr  | 12.50  |
|            | DWA  | Draft correspondence to Evan Moscov regarding statement from Specialized Loan Servicing      | 0.20 125.00/hr  | 25.00  |
| 2/20/2020  | DWA  | Draft correspondence to Evan Moscov regarding statement from Specialized Loan Servicing, third request. | 0.20 125.00/hr | 25.00 |
|            | DWA  | Draft correspondence to Bonial PC requesting a mortgage statement                            | 0.20 125.00/hr  | 25.00  |
|            | DWA  | Draft correspondence to Trott Law requesting a mortgage statement                            | 0.20 125.00/hr  | 25.00  |
| 2/26/2020  | DWA  | Phone call with client regarding mortgage concerns                                           | 0.10 125.00/hr  | 12.50  |
| 3/3/2020   | DWA  | Draft correspondence to Bob at Trott Law requesting a mortgage statement and a transaction history | 0.20 125.00/hr | 25.00 |
|            | DWA  | Draft correspondence to Bonial Law requesting a mortgage statement and a transaction history | 0.20 125.00/hr  | 25.00  |
| 3/5/2020   | DWA  | Draft report of no objection for motion to apply for funds from Step Forward Michigan        | 0.10 125.00/hr  | 12.50  |
| 3/9/2020   | DWA  | Reviewed correspondence from Trott Law regarding statement for mortgage Forward to client    | 0.10 125.00/hr  | 12.50  |

Sherry Perez                                                                                                                    Page    16

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 3/19/2020 | DWA | Reviewed correspondence from attorney for Specialized Loan Servicing regarding mortgage statements<br>Forward to client | 0.10<br>125.00/hr | 12.50 |
| 6/1/2020 | DWA | Phone call with client and application to step forward | 0.10<br>125.00/hr | 12.50 |
| 6/11/2020 | DWA | Return call from Leana at Capital Area Housing regarding status of mortgage and chapter 13 case | 0.20<br>125.00/hr | 25.00 |
| 6/17/2020 | RLJE | Review the case, claims docket for claims filed in the case. | 0.10<br>275.00/hr | 27.50 |
|  | RLJE | Review the case and trustee's database for plan payments and payments on claims filed with the case. | 0.10<br>275.00/hr | 27.50 |
| 6/18/2020 | RLJE | Draft first petition for fees | 0.20<br>275.00/hr | 55.00 |
|  | RLJE | Draft notice and opportunity to object to first petition for fees | 0.10<br>275.00/hr | 27.50 |
|  | RLJE | Draft proposed order to first petition for fees | 0.10<br>275.00/hr | 27.50 |
|  | RLJE | Draft proposed affidavit of no objection to first petition for fees | 0.10<br>275.00/hr | 27.50 |
|  |  | **For professional services rendered** | **42.20** | **$7,357.50** |

Additional Charges :

|  |  |  | Qty/Price | Amount |
|---|---|---|---:|---:|
| 2/9/2017 | RLJE | Postage<br>Postage for sent letter and questionnaire to client | 1<br>0.46 | 0.46 |
| 2/21/2017 | RLJE | Photocopies<br>Photocopies for extend stay documents | 5<br>0.25 | 1.25 |
| 2/27/2017 | CS | Photocopies<br>Photocopies for paper cost of skeleton petition | 34<br>0.25 | 8.50 |
|  | CS | Photocopies<br>Photocopies for paper cost of client copy of skeleton petition | 17<br>0.25 | 4.25 |
|  | LW | Fax<br>Fax to creditor to stop foreclosure | 3<br>0.50 | 1.50 |

Sherry Perez                                                                                                                    Page    17

|            |      |                                                                                                                   | Qty/Price   | Amount |
|------------|------|-------------------------------------------------------------------------------------------------------------------|-------------|--------|
| 3/6/2017   | LW   | Photocopies<br>Photocopies for 341 packet sent to client                                                          | 3<br>0.25   | 0.75   |
|            | LW   | Postage<br>Postage for sending 341 packet to client                                                               | 1<br>0.46   | 0.46   |
| 3/14/2017  | A2   | Postage<br>ID: LJS<br>Postage for correspondence.                                                                 | 1<br>0.46   | 0.46   |
| 4/3/2017   | CS   | Postage<br>Correspondence to client re: hearing                                                                   | 1<br>0.34   | 0.34   |
| 4/5/2017   | RLJE | Postage<br>Draft certificate of service of Order for Extension of Automatic Stay                                  | 34<br>0.46  | 15.64  |
|            | RLJE | Photocopies<br>Draft certificate of service of Order for Extension of Automatic Stay                              | 0.19<br>34.00 | 6.46 |
| 4/11/2017  | MEV  | Postage<br>Postage for correspondence to Client regarding the affidavit.                                          | 1<br>0.46   | 0.46   |
| 4/27/2017  | A2   | Postage<br>ID:AV<br>Drafted correspondence to client<br>Sent letter regarding 2016 income tax returns and refunds | 1<br>0.46   | 0.46   |
| 5/1/2017   | CS   | Postage<br>Correspondence to client re: hearing                                                                   | 1<br>0.34   | 0.34   |
| 5/17/2017  | MEV  | Postage<br>Postage for correspondence to Client regarding the assumption of the mortgage                          | 1<br>0.46   | 0.46   |
| 5/25/2017  | DWA  | Postage<br>Reviewed correspondence from Nationstar Mortgage<br>Forward to client                                  | 1<br>0.46   | 0.46   |
| 6/20/2017  | CS   | Postage<br>Correspondence to client re: hearing                                                                   | 1<br>0.34   | 0.34   |
| 7/5/2017   | MEV  | Postage<br>Postage for correspondence to Client regarding the stipulation to adjourn the confirmation hearing to August 10, 2017. | 1<br>0.46 | 0.46 |
| 7/24/2017  | MEV  | Postage<br>Postage for correspondence to Client regarding the adjourned confirmation hearing set for August 10, 2017. | 1<br>0.46 | 0.46 |

Sherry Perez                                                                                                         Page    18

|            |       |                                                                                                                                                 | Qty/Price | Amount |
|------------|-------|-------------------------------------------------------------------------------------------------------------------------------------------------|-----------|--------|
| 7/25/2017  | CS    | Postage<br>Correspondence to client re: hearing                                                                                                 | 1<br>0.34 | 0.34   |
| 9/14/2017  | DWA   | Postage<br>Reviewed correspondence from Mr. Cooper (Nationstar Mortgage)<br>Forward to client                                                   | 1<br>0.46 | 0.46   |
| 2/26/2018  | MEV   | Postage<br>Draft correspondence to SLS regarding notifying them our client filed for bankruptcy and the residence was listed in the plan.       | 1<br>0.47 | 0.47   |
| 3/9/2018   | MEV   | Postage<br>Postage for correspondence to Client regarding the feasibility of the case                                                           | 1<br>0.47 | 0.47   |
| 3/13/2018  | DWA   | Postage<br>Reviewed correspondence from Specialized Loan Servicing - loss mitigation package<br>Forward to client                               | 1<br>1.84 | 1.84   |
| 9/12/2018  | RLJE  | Postage<br>Draft correspondence to client regarding mortgage escrow shortage                                                                    | 1<br>0.47 | 0.47   |
| 10/4/2018  | MEV   | Postage<br>Correspondence to client re: hearing                                                                                                 | 1<br>0.35 | 0.35   |
| 11/21/2018 | DWA   | Photocopies<br>Preparation of objection to notice of mortgage payment change to serve with notice on four addresses                             | 8<br>0.25 | 2.00   |
|            | DWA   | Postage<br>Preparation of objection to notice of mortgage payment change to serve with notice on four addresses                                 | 4<br>0.47 | 1.88   |
| 12/19/2018 | RLJE  | Postage<br>Draft correspondence to client regarding first motion to modify the plan                                                             | 1<br>0.47 | 0.47   |
| 1/15/2019  | CS    | Postage<br>Draft correspondence to client re: turning over copies of income tax returns and refunds to Trustee.                                 | 1<br>0.47 | 0.47   |
| 1/24/2019  | DWA   | Postage<br>Reviewed Notice from the Court<br>Order modifying the plan<br>The plan payment is increased to $975.00 per month effective 1-01-2019<br>Mail to client | 1<br>0.47 | 0.47   |

Sherry Perez                                                                                         Page   19

|               |      |                                                                                                               | Qty/Price | Amount |
|---------------|------|---------------------------------------------------------------------------------------------------------------|-----------|--------|
| 1/24/2019     | MEV  | Postage<br>Postage for correspondence to Debtor on the Motion to Dismiss hearing on January 31, 2019          | 1<br>0.47 | 0.47   |
| 11/26/2019    | RLJE | Postage<br>Draft correspondence to client regarding mortgage and applying with Step Forward Michigan for help | 1<br>0.50 | 0.50   |
| 2/5/2020      | DWA  | Photocopies<br>Photocopies for service of motion to apply for funds from Step Forward Michigan                | 4<br>0.25 | 1.00   |
|               | DWA  | Postage<br>Postage for service of motion to apply for funds from Step Forward Michigan                        | 4<br>0.50 | 2.00   |
| 3/9/2020      | DWA  | Postage<br>Reviewed correspondence from Trott Law regarding statement for mortgage<br>Forward to client       | 1<br>0.50 | 0.50   |
| 3/19/2020     | DWA  | Postage<br>Reviewed correspondence from attorney for Specialized Loan Servicing regarding mortgage statements<br>Forward to client | 1<br>0.65 | 0.65 |
| 6/18/2020     | RLJE | Postage<br>Notice fee application on special matrix                                                           | 3<br>0.50 | 1.50   |
|               | RLJE | Postage<br>Notice fee application on client                                                                   | 1<br>0.65 | 0.65   |
|               | RLJE | Photocopies<br>Notice fee application on client & special matrix                                              | 15<br>0.25 | 3.75  |
|               | RLJE | Matrix mailing labels<br>Notice fee application on client & special matrix                                    | 1<br>0.25 | 0.25   |

**Total additional charges**                                                                                                   $64.47

**Total amount of this bill**                                                                                                  $7,421.97

| Abreviations | Full Name | Billing Rate |
|---|---|---|
| ATTORNEY : | | |
| RLJ | Rebecca L. Johnson-Ellis | $275.00 |
| JBS | Jeremy B. Shephard | $275.00 |
| PARALEGALS: | | |
| DWA | Donald W. Andersen | $125.00 |
| MB | Mary Jane Boone | $125.00 |
| CS | Cathy See | $125.00 |
| SF | Scott Funke | $125.00 |
| JG | Jamie Gambee | $125.00 |
| HP | Hayleigh Powers | $125.00 |
| LJS | Lyndsey J. Smith | $125.00 |
| LT | Lynette Tilton | $125.00 |
| MEV | Mitch VanPopering | $125.00 |
| AV | Ashely Vance | $125.00 |
| LW | Linda Ward | $125.00 |