UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

_____

In re: Sherry Lynn Perez,                                                                  Case No: 17-00796-swd
                Debtor.                                                                               Chapter 13
_____/                                         Hon. Scott W. Dales

### ORDER FOR ALLOWANCE OF FEES

At a session of said Court held at One Division Ave. NW,
City of Grand Rapids, County of Kent, State of Michigan:

PRESENT: Honorable Scott W. Dales
United States Chief Bankruptcy Judge

An Application for Attorney's Fees have been made by USADebt Bankruptcy Attorneys, attorneys for the Debtor,  $3,650.00 in fees were previously approved by the court and that the services rendered have been rendered in aid and administration of this case, and that such services benefited the Debtor's estate and the Debtor, and requested compensation is reasonable and just, NOW THEREFORE,

IT IS ORDERED that USADebt Bankruptcy Attorneys first petition for professional fees and expenses in the additional amount of $3,771.97 is granted

IT IS FURTHER ORDERED that the additional attorney fee and expenses allowed shall be paid by the Trustee to the Applicant before confirmation as an administrative expense in accordance with 11 U.S.C. § 507(a)(2) and 11 U.S.C. § 503(b).

**END OF ORDER**

**IT IS SO ORDERED.**

Dated July 22, 2020



_____
Scott W. Dales
United States Bankruptcy Judge