UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:   Sherry L. Perez,                                           Case No. 17-00796-jtg
        Debtor.                                                          Chapter 13

**DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS**

The Debtor by and through her attorneys, USADebt Bankruptcy Attorneys, responds to the Trustee's motion to dismiss as follows:

1. The Debtor intends to extend the plan length due to the pandemic.
2. The Debtor will submit additional payments as she is able to catch up the plan payment arrears.

For these reasons, the Debtor requests that the Trustee withdraw the motion to dismiss, or that the Court deny the Trustee's motion or that the Court hear argument for the denial of the Trustee's motion.

                       USADebt Bankruptcy Attorneys

Date:   September 28, 2020        By:  /S/  *Rebecca L. Johnson-Ellis* (P65574)
                                         866 3 Mile Road NW Suite B
                                         Grand Rapids, MI 49544
                                         (616) 784-1700